UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter DiMatteo,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Residence Inn by Marriott Anaheim Resort Area et al.,<br><br>　　　　Defendant(s). | Case No. 8:18-cv-00314-JLS-E<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On April 29, 2019, Defendants filed a Joint Stipulation to Continue Motion for Summary Judgment (doc. 38), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1  The parties shall file a Stipulation of Dismissal no later than
2  May 29, 2019. If no dismissal is filed, the Court deems the matter
3  dismissed at that time.
4       The Court retains full jurisdiction over this action and this
5  order shall not prejudice any party in the action.

7  IT IS SO ORDERED.

9       DATED: April 29, 2019

JOSEPHINE L. STATON
───────────────────────────────
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE